# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OCWEN LOAN SERVICING, LLC,**

        **Plaintiff,**

**-vs-**                                                                      **Case No.  6:08-cv-214-Orl-31GJK**

**ACCREDITED HOME LENDERS, INC.,**

        **Defendant.**

_____

## ORDER

This matter comes before the Court on the Amended Motion for Summary Judgment (Doc. 16) filed by the Plaintiff.  Pursuant to Rule 56(f), the Court finds that the instant motion is premature, and that the Defendant is entitled to discovery as outlined in the affidavit (Doc. 24-2) accompanying its response (Doc. 24).  Accordingly, it is hereby

**ORDERED** that the Amended Motion for Summary Judgment (Doc. 16) is **DENIED WITHOUT PREJUDICE**.  Plaintiff may refile the motion on or after September 1, 2008.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 29, 2008.

                                                                GREGORY A. PRESNELL
                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party