# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OCWEN LOAN SERVICING, LLC,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:08-cv-214-Orl-31GJK**

**ACCREDITED HOME LENDERS, INC.,**

        **Defendant.**

## ORDER

This matter comes before the Court on the Objection to the Magistrate Judge's August 11, 2008 Order (Doc. 47) filed by the Defendant, Accredited Home Lenders, Inc. ("AHL"), and the response (Doc. 50) filed by the Plaintiff, Ocwen Loan Servicing, LLC. After *de novo* review of the matter, the undersigned agrees with Judge Kelly that the attorney-client privilege does not protect the facts underlying the affidavit of J. Douglas Minor, which was based on personal knowledge and made at a time when he was not attorney of record for AHL. AHL has therefore failed to demonstrate good cause to prevent Minor's deposition, and the Objection (Doc. 47) is **OVERRULED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 2, 2008.

                                                              GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE