# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OCWEN LOAN SERVICING, LLC,**

       **Plaintiff,**

-vs-                                              **Case No. 6:08-cv-214-Orl-31GJK**

**ACCREDITED HOME LENDERS, INC.,**

       **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Sanctions (Doc. No. 56) filed November 5, 2008.

On March 13, 2009, the United States Magistrate Judge issued a report (Doc. No. 79) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    Because the Report and Recommendation is unopposed, it is **CONFIRMED** and the Plaintiff's Motion for Sanctions (Doc. No. 56) is **DENIED**.

2. Although the motion has been denied, the Court wishes to make it clear that the conduct of defense counsel as detailed in the Report and Recommendation is unacceptable. Mr. Minor is therefore **REPRIMANDED** for said conduct..

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 31, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party